**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE:  REESTABLISHMENT OF THE          :    NO.  470
MAGISTERIAL DISTRICTS WITHIN THE     :
53rd JUDICIAL DISTRICT OF THE              :    MAGISTERIAL RULES DOCKET
COMMONWEALTH OF PENNSYLVANIA    :


**ORDER**


**PER CURIAM**

      **AND NOW**, this 2nd day of May, 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 53rd Judicial District (Lawrence County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the reestablishment of the Magisterial Districts within Lawrence County as they currently exist, to be effective immediately, is granted.

Said Magisterial Districts will be reestablished as follows:

| | |
|---|---|
| Magisterial District 53-1-01<br>Magisterial District Judge Melissa A. Amodie | City of New Castle (Wards 1-5, 7, and 8) |
| Magisterial District 53-3-01<br>Magisterial District Judge Jerry G. Cartwright Jr. | Ellport Borough<br>Ellwood City Borough<br>Enon Valley Borough<br>Little Beaver Township<br>New Beaver Borough<br>Wampum Borough<br>Perry Township<br>Slippery Rock Township |

Wayne Township

Magisterial District 53-3-02
Magisterial District Judge Jennifer L. Nicholson

City of New Castle (Ward 6)
Bessemer Borough
SNPJ Borough
Mahoning Township
North Beaver Township
Taylor Township
Union Township

Magisterial District 53-3-04
Magisterial District Judge Richard A. Russo

New Wilmington Borough
South New Castle Borough
Volant Borough
Hickory Township
Neshannock Township
Plain Grove Township
Pulaski Township
Scott Township
Washington Township
Shenango Township
Wilmington Township